STATE of Missouri, Respondent,

v.

Donald A. KROLL, Jr., Appellant.

No. 60357.

Missouri Court of Appeals,
Eastern District,
Division Four.

July 7, 1992.

Brad B. Baker, Asst. Public Defender, Columbia, for appellant.

William L. Webster, Atty. Gen., Millie Aulbur, Asst. Attys. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM.

Defendant appeals from his convictions by a jury of rape, sodomy, and sexual abuse, and his sentence, by the court as a Class X offender and persistent sexual offender, to concurrent terms of imprisonment of thirty-five years for the rape and sodomy and ten years for sexual abuse. We find no error and the judgment is supported by competent and substantial evidence. A written opinion would have no precedential value. The parties have been furnished with a memorandum supplementing this order. The judgment is affirmed pursuant to Rule 30.25(b).

■

Allison HOPSON, Movant/Appellant,

v.

STATE of Missouri,
Respondent/Respondent.

No. 61552.

Missouri Court of Appeals,
Eastern District,
Division One.

July 21, 1992.

Jeannie Arterburn, St. Louis, for movant/appellant.

William L. Webster, Atty. Gen., Joan F. Edwards, Asst. Atty. Gen., Jefferson City, for respondent/respondent.

ORDER

Movant appeals from the denial of his Rule 24.035 motion without an evidentiary hearing. It was denied as a successive motion prohibited by Rule 24.035(k). Movant had filed a previous Rule 24.035 motion concerning the same convictions. He unsuccessfully appealed the denial of this previous motion. *Hopson v. State*, 811 S.W.2d 868 (Mo.App.1991). The motion court's ruling was correct. We affirm.